AUSA: Matthew Specht

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

7:26-mj-2970

UNITED STATES OF AMERICA

v.

JALEN TARLETON,

Defendant.

**COMPLAINT**

Violation of 18 U.S.C. §§ 751(a) and 4082(a)

COUNTIES OF OFFENSE: BRONX, WESTCHESTER

SOUTHERN DISTRICT OF NEW YORK, ss.:

MICHAEL PLUMMER, being duly sworn, deposes and says that he is a Deputy United States Marshal with the United States Marshals Service ("USMS"), and charges as follows:

**COUNT ONE**
**(Escape)**

1. On or about July 16, 2026, in the Southern District of New York and elsewhere, JULEN TARLETON, the defendant, knowingly escaped and attempted to escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined at the direction of the Attorney General, and from custody under and by virtue of process issued under the laws of the United States by a court, judge, and magistrate judge, and from the custody of an officer and employee of the United States pursuant to a lawful arrest, which custody and confinement was by virtue of an arrest on a charge of a felony, and a conviction of an offense, to wit, following a conviction in the United States District Court for the Southern District of New York for Hobbs Act robbery in violation of 18 U.S.C. § 1951, TARLETON failed to report at the Bronx Residential Re-Entry Center ("Bronx RRC"), without authorization.

(Title 18, United States Code, Sections 751(a) and 4082(a).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

2. I am a Deputy United States Marshal with the USMS and I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation of this matter, as well as on my conversations with other law enforcement officers and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all of the facts I have learned during the investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3. Based on my review of documents and reports from the Department of Justice, the Federal Bureau of Prisons ("BOP"), and the Bronx RRC, and my discussion with other law enforcement officers and BOP officials, I have learned, among other things, the following:

a. JULEN TARLETON, the defendant, was convicted in the United States District Court for the Southern District of New York, No. 24 Cr. 18 (CS), of Hobbs Act robbery in violation of 18 U.S.C. § 1951. In connection with that conviction, the Honorable Cathy Seibel, United States District Judge, sentenced TARLETON to a term of 44 months' imprisonment to be served in the custody of the BOP. TARLETON was also sentenced to a three-year term of supervised release. The judgment against TARLETON was entered on October 3, 2024. TARLETON sentence of imprisonment has not been completed.

b. On or about July 15, 2026, BOP personnel directed TARLETON to depart Federal Correctional Institution ("FCI") Ashland in Ashland, Kentucky, and report no later than 1:20 a.m. on July 16, 2026 to the Bronx RRC, a BOP facility located at 2532-2534 Creston Avenue, Bronx, New York, to serve the remainder of his sentence. BOP personnel provided TARLETON a bus ticket for the trip.

c. At approximately 3:05 a.m. on or about July 15, 2026, TARLETON departed Ashland, Kentucky by bus en route to the Winston Salem, North Carolina bus station, from where he was to travel to the Raleigh, North Carolina bus station and on to the Port Authority bus terminal in New York, New York.

d. TARLETON failed to report to the Bronx RRC on July 16, 2026. As of today's date, he has never done so.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of JALEN TARLETON, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

/s/ Michael Plummer (by VR with permission)
MICHAEL PLUMMER
Deputy United States Marshal
United States Marshals Service

Sworn to me this 23rd day of July, 2026.

THE HONORABLE VICTORIA REZNIK
United States Magistrate Judge
Southern District of New York